# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : No. 09-60-04 |
| DEVON BRINKLEY | : |

## ORDER TO REDUCE TERM OF IMPRISONMENT

**AND NOW**, this **20th** day of **August 2021**, upon consideration of Defendant's Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i), the Government's response, and Defendant's Supplemental Exhibit, and for the reasons provided in this Court's Memorandum dated August 20th, 2021, it is **ORDERED** that:

1. The Motion (Document No. 396) is **GRANTED**.

2. Brinkley's term of imprisonment is reduced from 1285 months' imprisonment to 240 months' imprisonment, to be calculated from the date on which he began serving his federal sentence and crediting all good conduct time thus far accrued.

3. Upon his release from custody, Brinkley shall begin serving a period of five years of supervised release.

4. Within twenty-four hours of release, Brinkley shall contact the United States Probation Office and shall follow its instructions.

**BY THE COURT:**

**/s/ Berle M. Schiller**
**Berle M. Schiller, J.**

1